IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:05CV465-MU

| | |
|---|---|
| RONALD E. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FEDEX FREIGHT EAST, INC., c/o ) | |
| BRAD CRAWFORD, S.A., DEREK ) | |
| KIRBY, and KEITH DOVER, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the Motion to Dismiss filed by defendants Derek Kirby and Keith Dover. For good cause shown, this Motion to Dismiss is hereby GRANTED, and plaintiff's claims against defendants Derek Kirby and Keith Dover, ARE AND HEREBY SHALL BE dismissed with prejudice in their entirety, each party to bear its own costs.

It is so ORDERED, this the 30th day of January, 2006.

*[signature: Graham C. Mullen]*